**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| STELLA LAPOINT, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:19-CV-00370 |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Keith F. Giblin submitted a report, [Dkt. 20], recommending that the Court grant Plaintiff's *Motion for Attorney Fees*, [Dkt. 18], under the Equal Access to Justice Act. No party has filed objections. The Court **ORDERS** that the *Report and Recommendation* of the United States Magistrate Judge, [Dkt. 20], is **ADOPTED**. The Court further **ORDERS** that the *Motion for Attorney Fees*, [Dkt. 18], is **GRANTED**. The Commissioner of Social Security is directed to pay Plaintiff, Stella LaPoint, attorney's fees under the Equal Access to Justice Act in the amount of $5,837.98 as recommended in Judge Giblin's report. It is finally **ORDERED** that the Commissioner mail this award to Plaintiff in care of her attorney, Ronald D. Honig, at the attorney's office address. This award is subject to any beneficial, contractual, and/or assignment-based interests held by counsel.

**SIGNED this 25th day of March, 2021.**

Michael J. Truncale
United States District Judge